STATE of Missouri, Respondent,

v.

Johnny A. THOMAS, Appellant.

Nos. WD 50640, WD 52629.

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 1997.

Application for Transfer Denied
Jan. 27, 1998.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Johnny A. Thomas appeals from convictions of four counts of burglary in the first degree, § 569.160, RSMo 1994, and three counts of stealing, § 570.030, RSMo 1994. Thomas also appeals from the denial of his Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).